# United States District Court
## EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

HON. **WILLIAM E. CALLAHAN, JR.**, presiding.　　Deputy Clerk: Brenda

DATE: **November 20, 2006**　　Court Reporter:

CASE NO. **06-M-486**　　Time Called: 3:54 :15-4:08.22

UNITED STATES v. **DAVID R. OLOFSON**　　Time Concluded: 4:15.04 –

PROCEEDING: **INITIAL APPEARANCE**　　4:20:30

UNITED STATES by: **Gregory Haanstad**
　　Probation Officer: Rex Morgan
　　Interpreter:

DEFENDANT: **David Olofson**, in person, and by
ATTORNEY: Nancy Joseph & Terry Rose

---

Court gives background of case
Court advised deft of his rights
Court advised deft of charges, penalties & fine
Court advised deft of his right to a prelim hrg.
Court anticipates presenting matter to grand jury by 12-5th
Prelim/Arr on 12-6th before judge Goodstein. Counsel will be notified
Court concur w/ PTS recommendation

10 yrs, 250,000 3 yrs SR

06-11486  
11-20-06

Gvnt Request dept have no contact w/ firearms & require all other firearms be given to Marshal

Defense Request exemption when dept is w/ Reserve Unit & that firearms be given to his parents - Also dept goes to firing Range def

Court Questioned dept

Gvnt feel firearms should be kept w/ATF or Marshal
Gvnt don't have problem w/ having firearms while at Reserve otherwise he should have ... ; no weapons

11-20-06                                  06-M-486

4:08 Court recessed for 5 mins

4:15 Court Resumed

Atty Joseph stmts regarding
dfts firearms in his
possession - and cmt's
his wish to have firearms
given to his parents

Movts response & their concern
w/dft having contact w/other
firearms

Court set O/R bond w/following conditions
 - Travel restricted to E.D. of WI
 - Rept to PTS as directed
 - no firearms, unless when
   active in Reserves
 - surrender all firearms to ATF
 - may not go to firing range