# United States District Court
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA
        Plaintiff,

V.                                    Case No. **06-M-486**

**DAVID OLOFSON**
        Defendant.

---

**PLEASE TAKE NOTICE** that the above-entitled case is scheduled for:

## PRELIMINARY/ARRAIGNMENT AND PLEA HEARING

at the Federal Courthouse, 517 E. Wisconsin Ave., Milwaukee, WI 53202

CTRM. NO. **254** at **10:00 a.m.** on **December 6, 2006**,

before **Hon. Aaron E. Goodstein**.

**IF THE DEFENDANT IS FREE ON BOND, BOND WILL BE FORFEITED IF THE DEFENDANT FAILS TO APPEAR.**

Date: November 21, 2006

                                              Clerk, U.S. District Court

Counsel                              BY: s/Karen Fahrenkrug
Terry Rose                              Deputy Clerk
                                          (414) 297-3298

                                        __X__ AUSA Gregory Haanstad

Defendant                           __X__ U.S. Marshal
DAVID OLOFSON

                                        __X__ Pretrial Services

## COUNSEL TO NOTIFY THE DEFENDANT OF HEARING.