# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA    '06 NOV 21 AM 11:20

V.

WARRANT FOR ARREST

DAVID R. OLOFSON          Case No. 06-M-486

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **David R. Olofson** and bring him forthwith to the nearest magistrate to answer a complaint charging him with a violation of Title 18, United States Code, Section 922(o).

| | |
|---|---|
| WILLIAM E. CALLAHAN, JR. | United States Magistrate Judge |
| Name of Judicial Officer | Title of Issuing Officer |
| /s/ William E Callahan | November 17th 2006, at Milwaukee, Wisconsin |
| Signature of Issuing Officer | Date and Location |

_____
(By) Deputy Clerk

Bail fixed at $_____ by _____
                                             Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at Residence of David Olofson, Berlin, WI

| DATE RECEIVED: 11/17/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST: 11/20/06 9:15am | S/A Jody Keeko | /s/ Jody Keeko |

AO 442 (Rev. 5/85) Warrant for Arrest