# United States District Court
### EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA
        Plaintiff,
V.                                              Case No. **06-M-486**

**David Olofson**
        Defendant.

---

        **PLEASE TAKE NOTICE** that the **PRELIMINARY/ARRAIGNMENT AND PLEA HEARING** which was scheduled on **December 6, 2006 at 10:00 a.m.** has been rescheduled:

        ☒    at the request of Defense Counsel.

        ☐    because of conflict on the court calendar.

        ☐    _____.

        The above **PRELIMINARY/ARRAIGNMENT AND PLEA HEARING** is **RESCHEDULED** for **December 6, 2006 at 2:00 p.m.** in Ctrm. No. **254** Federal Courthouse, 517 E. Wisconsin Ave., Milwaukee, WI, before Hon. **Aaron E. Goodstein.**

        **IF THE DEFENDANT IS FREE ON BOND, BOND WILL BE FORFEITED IF THE DEFENDANT FAILS TO APPEAR.**

Date: November 22, 2006

                                                                 Clerk, U.S. District Court

                                                                 BY: s/Karen Fahrenkrug
<u>Counsel</u>                                                           Deputy Clerk
Christopher Rose                                       (414) 297-3298

<u>Defendant</u>
David Olofson                                            X        AUSA **Gregory Haanstad**

                                                                X        U.S. Marshal

                                                                 X        Pretrial Services

### <u>COUNSEL TO NOTIFY THE DEFENDANT OF THE HEARING</u>