# ROSE & ROSE

ATTORNEYS-AT-LAW
ESTABLISHED 1940
5529 SIXTH AVENUE
ROSE PROFESSIONAL BUILDING
KENOSHA, WISCONSIN 53140

WILLIAM S. ROSE (1914-1994)
TERRY W. ROSE
CHRISTOPHER W. ROSE

TELEPHONE
262/658 8550
262/657 7556
FACSIMILE

December 6, 2006

Judge J. P. Stadtmueller U. S.
District Judge U.S. Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

        Re: United States of America v. David R. Olofson Case
           No. 06-CR-320

Dear Judge Stadtmueller:

I represent the defendant above named and have received the Scheduling Order which schedules the final pretrial conference on Tuesday, February 13, 2007 and a jury trial on Tuesday, February 20, 2007. I have a conflict on my calendar for both of those dates and I would request a rescheduling of those dates. I would appreciate it if your clerk would coordinate the dates with my office.

Thank you.

        Sincerely,

        s/ Christopher W. Rose
        CHRISTOPHER W. ROSE

```
ROSE & ROSE
Attorneys for David R.Olofson
5529-6th Ave.
Kenosha,WI 53140
262/658-8550 or 262/657-7556
Fax No. 262/658-1313
e-Mail: rose-law@sbcglobal.net
```