UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID R. OLOFSON,<br><br>　　　　Defendant. | '06 DEC -5 P5:13  06 CR320<br><br>Case No. 06-CR-<br>[Title 18, U.S.C., §§ 922(*o*) and 924(a)(2)] |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. On or about July 13, 2006, in the State and Eastern District of Wisconsin,

**DAVID R. OLOFSON**

knowingly transferred a machinegun.

2. The firearm involved in this offense was an Olympic Arms, .223 caliber SGW Rifle, model CAR-AR, bearing serial number F7079.

All in violation of Title 18, United States Code, Sections 922(*o*) and 924(a)(2).

A TRUE BILL:

███████████████
FOREPERSON

Date: 12-5-06

_[signature]_
STEVEN M. BISKUPIC
United States Attorney