U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

320
JPS

| Name of Defendant: David R. Olofson | Address: City, State and Zip Code): Unknown |
|---|---|
| Date of Birth: 1971 | Occupation: Unknown |
| Name of Defendant's Attorney: Terry Rose *Christopher Rose* | Address of Defendant's Attorney: |

Name of U.S. Attorney:
Gregory J. Haanstad

| Has warrant been issued? Yes | When? 11/17 | By Whom? | When? |
|---|---|---|---|
| Has warrant been executed? Yes | When? | Where? | |
| Has defendant appeared before a Magistrate? Yes | When? 11/20 | Who? WEC | |
| Is the defendant in custody? No | Where? | | |

Pretrial Scheduling Conference Necessary? ❏ YES ■ NO

| Issue: WARRANT | SUMMONS | NOTICE XX | MISDEMEANOR | FELONY XX |
|---|---|---|---|---|

Milwaukee Case ■            Green Bay Case ❏

Minor Offense

Petty Offense

Arraignment & plea before:        Judge:         Magistrate:

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

# THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

**Charge:** 18 U.S.C. §922(o) Maximum penalties: 10 years' imprisonment; $250,000 fine; 3 years SR; $100 SA18 U.S.C. § 924(a)(2)

**Agency/Agent:** S/A Jody Keeku, ATF

**OCDETF:** No