## COURT MINUTES
## CRIMINAL

Deputy Clerk: _Karen_____

Court Reporter: _____

Tape #: _____ Begin _____ End _____

Time Begin: _2:10.47_ End _2:18.23_

[X] Arraignment and Plea
[ ] Arraignment and Plea on Superseding Indictment

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

[X] HONORABLE AARON E. GOODSTEIN presiding
[ ] HONORABLE PATRICIA J. GORENCE presiding
[ ] HONORABLE WILLIAM E. CALLAHAN, JR. presiding

**Date:** _December 6, 2006___

**Case No.** 06-CR-320_____

**United States v.**

(1) David Olofson_____
(2) _____
(3) _____

[X] Felony [ ] Misdemeanor

**Appearances:**

United States by: _Gregory Haanstad_____

Deft by: (1) _Christopher Rose (Retained) appointed_

(2) _____
(3) _____

U.S. Probation Agent _Jessica Strube_

Interpreter _____

[✓] Defendant pleads not guilty
[ ] Court enters plea of not guilty

ST date: 3/6/07

FPT: _2/13/07 at 8:30_

TRIAL: _2/20/07 at 8:30_

Judge: _J.P. Stadtmueller_

Magistrate Judge: _William E. Callahan_, Jr.

Trial Estimate: _1 wk._

Motions: _12/26/06_

Response: _1/5/07_

Reply: _1/10/07_

[✓] Defendant advised of his/her rights
[✓] Defendant advised of charges, penalties and fines
[✓] Crt. orders GJ materials disclosed no later than 1 business day prior to trial
[X] Notice of e-filing designation distributed

**REMARKS:**

Discovery available later today. Deft was released
on bond by Judge Callahan. Deft has requested
to report for military duty on Friday. Govt.
may have some objection. Matter should be
taken before Judge Callahan.

16 yrs #2 sec.?

AUSAGregory Haanstad          ~~CJA~~
Atty. f/deft.: ~~Christohper~~ Rose (~~Retained~~)

## ARRAIGNMENT AND PLEA - FELONY

*Compliant*

✓ 1.   **12/5/06**
      Did defendant receive a copy of the indictment/superseding indictment?

✓ 2.   Advise defendant of rights. If defendant appears without an attorney, consider the appointment of counsel (obtain financial information).

✓ 3.   The AUSA should read indictment or inform defendant of substance of charge, unless waived. The AUSA should state the maximum possible penalty to which the defendant is exposed.
      *Ct 1 ~ 10 years | $250,000*

4.   If two or more defendants are represented by same attorney, discuss right to separate representation pursuant to Rule 44(c).

5.   In accordance with the Speedy Trial Act, the defendant's trial is to commence no later than: **3/6/07 as to the original indictment**.
      Computed from date of ☒ **first appearance** ☐ indictment [§3161(c)(1) or (d)(1)].

6.   Have defendant enter a plea. If defendant appears without an attorney, enter not guilty plea on defendant's behalf.          *NG*

7.   Assigned Judge: **J.P. Stadtmueller**; Assigned Magistrate Judge: **William E. Callahan**

8.   Pretrial conference: *2/13/07 at 8:30*

9.   Trial Date: *3/20/07 at 8:30* Gov't estimate of length: *wah* Defendant to be present at both pretrial and trial.

10.  a.   *Discovery* Ask AUSA if open file policy applies. Advise that under Criminal L.R. 12.1(c) open file discovery materials are to made available within 5 days from arraignment. The time for filing motions and briefs is as follows: Moving Party: **12/26/06** ; opposing party: **1/5/07**; reply: **1/10/07**

      b.   If case is designated "complex" under Criminal L.R. 12.1(a), a scheduling conference to discuss pretrial processing will be conducted before

11.  Order that the government disclose to the defense appropriate grand jury materials no later than one (1) business day before commencement of the trial.

12.  Remind counsel that motions pertaining to bail must be addressed to the magistrate judge in this district who set bail or issued the order of detention.

13.  Conditions of Release (or continue release or detention order previously set). If defendant has not been interviewed by pretrial services, direct that interview be conducted after hearing. If initial appearance and AUSA requests detention, set hearing for.
      *WEC (11/20/06) D.R.*

14.  Send defendant to Marshal's Office (Room 038) for processing if this is defendant's initial appearance.