# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.

DAVID R. OLOFSON

NOTICE

Case Number: 06-CR-320

---

Type of Case:
☐ CIVIL   ☒ CRIMINAL

---

Take notice that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. 425 |
|---|---|
| Federal Courthouse 517 East Wisconsin Avenue Milwaukee, WI 53202 | |

TYPE OF PROCEEDING

FINAL PRETRIAL:   Tuesday, February 13, 2007 at 8:30 AM

JURY TRIAL:   Tuesday, February 20, 2007 at 8:30 AM

*****NOTE*****

Attorney Christopher Rose is directed to notify the defendant of the date and time of the above scheduled court proceedings.

---

|  | Clerk of Court |
|---|---|
| December 6, 2006 | s/ Patricia K. Blackburn |
| DATE | (BY) DEPUTY CLERK |

To:

__X__ U.S. Attorney (Gregory J. Haanstad)      __X__ U.S. Marshal
                                                                          Please produce defendant if in custody

__X__ Defense Attorney (Christopher W. Rose)   __X__ Probation