UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

                                        Case No. 06-CR-320

                Plaintiff

v.

DAVID OLOFSON,

                Defendant
_____

AFFIDAVIT IN SUPPORT OF MOTION TO EXTEND TIME TO FILE PRETRIAL
MOTIONS
_____

STATE OF WISCONSIN :
                                : ss
KENOSHA COUNTY     :

        CHRISTOPHER W. ROSE, being duly sworn, states:

        1. I am the attorney for defendant, David Olofson, in the above matter, having

been appointed by the Federal Defender Services.

        2. That  all motions, together with legal memoranda and support affidavits were

ordered to be filed no later than 12/26/06 as set forth in  a pretrial order dated December

6, 2006.

        3. That the undersigned did not receive the discovery in the above matter until the

week of December 18, 2006, leaving very little time in which to review the discovery as

well as to review the discovery with Mr. Olofson.

4. That the first meeting the undersigned had with Mr. Olofson was on Thursday, December 21, 2006. After said meeting, Mr. Olofson needed to review the discovery and possibly employ an expert witness to testify on his behalf in this case.

5. If an expert is required to be employed by Mr. Olofson, Mr. Olfson may need to file a pretrial discovery motion to view the Olympic Arm, SGW, Model CAR-AR, Serial No. F7079.

6. Mr. Olofson may also need to file a motion to appoint an expert to assist him in his case with the Court as well.

7. Further, upon reviewing the discovery in the above matter, it was determined that Attachment A to the search warrant was not forwarded by the U. S. Attorney's office. The undersigned has attempted to contact the U.S. Attorney's office on this issue but has not heard back from them.

8. This affidavit is made in support of the Motion to Extend Time to File Pretrial Motions.

s/ CHRISTOPHER W.ROSE
CHRISTOPHER W. ROSE
State Bar No. 1032478

Subscribed and sworn to before me
this 26th day of December, 2006

s/ LENORA HAYES
LENORA HAYES
Notary Public, State of Wisconsin

My commission expires: 04/01/2007