January 5, 2007

VIA U.S. MAIL AND ELECTRONIC FILING

Honorable William E. Callahan,Jr.
United States Magistrate Judge
U.S. Courthouse
517 East Wisconsin Avenue
Milwaukee,WI 53202

        Re: United States of America v. David R. Olofson
           Case No. 06-CR-320

Dear Judge Callahan:

I am enclosing for the Court's consideration a Pretrial Motion to Exclude Evidence, and Affidavit and Brief in support of the motion. The attachments were illegible in scanning and I am therefore enclosing those with this mailing. I am also enclosing a copy of the attachments to the Assistant U.S. Attorney.

        Sincerely,

        s/ CHRISTOPHER W. ROSE
CWR:leh        CHRISTOPHER W. ROSE
        State Bar No. 10324l78

        5529-6th Avenue
        Kenosha,WI 53140
        262/658-8550 or 262/657-7556

cc: Atty. Gregory Haanstad
    Assistant U.S. Attorney