UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,            Case No. 06-CR-320

        Plaintiff,

v.

DAVID ROLAND OLOFSON,

        Defendant

_____

### AFFIDAVIT IN SUPPORT OF PRETRIAL MOTION TO EXCLUDE EVIDENCE
_____

STATE OF WISCONSIN:
                   : ss
KENOSHA COUNTY    :

      CHRISTOPHER W. ROSE, being duly sworn, states:

      1. I am the defendant's attorney in the above matter.

      2. That attached hereto and made a part hereof and incorporated herein by

reference is the Evidence Control Log of evidence seized at Mr. Olofson's residence.

      3. That attached hereto and made a part hereof and incorporated by reference is

Attachment A: Firearms seized at his residence.

4. This affidavit is made in support of the annexed motion.

s/ CHRISTOPHER W. ROSE
CHRISTOPHER W. ROSE
State Bar No. 1032478

Subscribed and sworn to before me
on January  4, 2007

s/ LENORA HAYES
LENORA HAYES
Notary Public, State of Wisconsin

My commission expires: 04/01/2007

Rose & Rose
By: Christopher W. Rose
Attorney for Defendant
5529-6th Avenue
Kenosha,WI 53140
262/658-8550 or 262/657-7556
Fax No. 262/658-1313