UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

                                Case No.  06-CR-320

                  Plaintiff

v.

DAVID R. OLOFSON,

                 Defendant,
_____

AFFIDAVIT IN SUPPORT OF MOTION TO ADJOURN TRIAL

_____

STATE OF WISCONSIN :

                      : ss

KENOSHA COUNTY    :

       CHRISTOPHER W. ROSE, being duly sworn, states:

       1. I am the attorney for the defendant, David R. Olofson, in the above matter.

       2. I  notified this Court via letter of December 6, 2006 that there was a  conflict on my calendar regarding the jury trial date of February 20, 2007 and requested a rescheduling of the same.  As of this date, I still have various conflicts which  would require the rescheduling of the above matter, including the following:  (1) Status conference in Lopez v. Nunez, Kenosha County Family Court on 2/20/07 at 1:30 p.m.; (2) City v. Hall trial scheduled for 2/21/07 at 9:30 a.m., Kenosha Municipal Court; (3) City v. Holdsworth pretrial, Kenosha Municipal Court  scheduled 2/21/07 at 1:15 p.m.; (4) State v. Walker pretrial scheduled  on 2/21/07 at 2:30 p.m., Kenosha County Circuit

Court; (5) Countrywide v. Bundick, scheduling conference scheduled 2/23/07 at 10:00 a.m., Kenosha County Circuit Court.

3. Further, Mr. Olofson is still attempting to employ an expert witness for the defendant's case. To date, the defendant has not so employed one but is actively searching for an expert witness for his counsel which counsel believes is necessary in order to protect Mr. Olofson's rights and guarantee him a fair trial in the above matter.

4. Further, the government represented at the initial appearance that the trial was expected to last at least one week. Currently, the trial is now scheduled on Tuesday, February 20, 2007 at 8:30 a.m. If, in fact, the trial lasts an entire week and goes into the week of February 26, 2007, I would not be able to be present during the week of February 26th as I will be out of town the week of February 26th.

5. Given the above, I would request a rescheduling of the trial to a later date at a time and date certain.

Dated this 25th day of January, 2007.


                         s CHRISTOPHER W. ROSE
                         CHRISTOPHER W. ROSE
                         State Bar No. 1032478

Subscribed and sworn to before me
this 25th day of January, 2007

s LENORA HAYES
Notary Public, State of Wisconsin
My commission expires: 04/01/2007

Rose & Rose
By: Christopher W. Rose
5529-6th Avenue
Kenosha,WI 53140
262/658-8550 or 262/657-7556