VIA E-FILING &.U.S. MAIL

January 25, 2007

Honorable J.P. Stadtmueller
U.S. District Judge
U.S. Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

       Re: United States of America v. David R. Olofson
        Case No. 06-CR-320

Dear Judge Stadtmueller:

I am enclosing a Notice of Motion and Motion to Adjourn Trial in the above matter for the reasons set forth therein. I would request that the Motion be heard at the pretrial now scheduled on February 13, 2007 at 8:30 a.m. If that is not possible, I would respectfully request that your clerk call me to schedule this motion at some other time.

        Sincerely,

        s/CHRISTOPHER W. ROSE
CWR:leh       CHRISTOPHER W. ROSE

        5529-6th Avenue
        Kenosha, WI 53140
        262/658-8550 or 262/657-7556
        e-mail: rose-law@sbcglobal.net

cc: Atty. Gregory Haanstad
  Assistant U.S. Attorney