VIA E-FILING & U.S.MAIL

February 1, 2007

Honorable J.P. Stadtmueller
U.S. District Judge
U.S. Courthouse
517 East Wisconsin Avenue
Milwaukee,WI 53202

        Re: United States of America v. David R. Olofson
           Case No. 06-CR-320

Dear Judge Stadtmueller:

I was appointed by the Federal Defender Services to represent the above named defendant in the above matter. I am enclosing a Motion for the appointment of Mike Bykowski, a gunsmith, of High Performance International as an expert on behalf of David Olofson, together with a Form CGA 21, Authorization and Voucher for Expert. Would you please approve the appointment of Mr. Bykowski and return the form to me in the enclosed self-addressed stamped envelope.

Thank you.

        Sincerely,

        s: <u>CHRISTOPHER W. ROSE</u>
CWR:leh        CHRISTOPHER W. ROSE
        State Bar No. 1032478

        5529-6th Ave.
        Kenosha,WI 531340
        262/658-8550 or 262/657-7556
        E-Mail: rose-law@sbcglobal.net

cc: Atty. Gregory Haanstad
    Assistant U.S. Attorney

    David R. Olofson