UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA

              Plaintiff,

v.

Case No. 06-CR-320

DAVID R. OLOFSON,

              Defendant
_____

MOTION FOR APPOINTMENT OF EXPERT AND/OR COMPENSATION OF EXPERT
_____

      The defendant, David R. Olofson, by Rose & Rose by Christopher W. Rose, his attorney, moves this court for an order appointing an expert in the above entitled matter and/or for an order for compensation of an expert in the above entitled matter, specifically, the defendant requests that Mike Bykowski of High Performance International, 5734 West Florist Ave., Milwaukee, Wisconsin 53218, be appointed as an expert in the above entitled matter.

      Specifically, Mr. Bykowski is a gunsmith whom the defendant is requesting conduct an investigation in the above matter of the CAR-AR rifle in the above matter. Mr. Bykowski will determine whether or not the CAR-AR rifle has been altered and/or is malfunctioning. The amount that Mr. Bykowski is requesting is $300 for the investigation and/or $400 per day if he is called to testify at the defendant's trial. That an appointment of an expert is necessary in defendant's case given that Mr. Olofson is charged under 18 U.S.C. § 922(o) for transferring a machine gun. Therefore, it is

necessary to have an expert both conduct an investigation and, if necessary, testify in the defendant's case depending upon the outcome of said investigation.

      Enclosed is CGA Form 21, Authorization and Voucher for Expert, in the above matter.

      Dated this 1st day of February, 2007.

      Respectfully submitted,

      ROSE & ROSE
      Attorneys for Defendant, David R.Olofson

      By: <u>CHRISTOPHER W. ROSE</u>
          CHRISTOPHER W. ROSE
          State Bar No. 1032478

      5529-6th Avenue
      Kenosha,WI 53140
      262/658-8550 or 262/657-7556
      Fax No. 262/658-1313