# ROSE & ROSE
ATTORNEYS-AT-LAW
ESTABLISHED 1940
5539 SIXTH AVENUE
ROSE PROFESSIONAL BUILDING
KENOSHA, WISCONSIN 53140

WILLIAM S. ROSE (1914-1994)
TERRY W. ROSE
CHRISTOPHER W. ROSE

TELEPHONE
262/658-8550
262/657-7556
FACSIMILE
262/658-1313

February 15, 2007

Honorable William E. Callahan, Jr.
United States Magistrate Judge U.S.
Courthouse 517 East Wisconsin
Avenue Milwaukee, WI 53202

      Re: United States of America v. David R. Olofson
        Case No. 06-CR-320

Dear Judge Callahan:

I represent the defendant in the above matter which is pending in the U.S. District Court.

My client requests permission to travel outside the Eastern District of Wisconsin to visit the Shed Aquarian in Chicago, Illinois from February 16, 2007 through February 18, 2007. Mr. Olofson will stay at the Hyatt Regency in Chicago, phone No. 312-565-1234.

Please advise.

        Sincerely,

        s/ CHRISTOPHER W. ROSE

CWR:leh       CHRISTOPHER W. ROSE

cc: Atty. Gregory Haanstad
   Assistant U.S. Attorney