# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | NOTICE |
| v. | Case Number: 06-CR-320 |
| DAVID R. OLOFSON | |

Type of Case:

    G CIVIL      ☒ CRIMINAL

Take notice that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE<br>Federal Courthouse<br>517 East Wisconsin Avenue<br>Milwaukee, WI 53202 | ROOM NO. 425 |
|---|---|

TYPE OF PROCEEDING

    **FINAL PRETRIAL**: Thursday, March 15, 2007 at 1:30 PM

    **JURY TRIAL**:     Monday, March 19, 2007 at 8:30 AM

*****NOTE*****

Attorney Christopher Rose is directed to notify the defendant of the date and time of the above scheduled court proceedings.

(Final pretrial report is due as per previously issued order of December 6, 2006 (docket # 13))

---

                                                         JON W. SANFILIPPO
                                                         CLERK OF COURT

| February 22, 2007 | s/ Patricia K. Blackburn |
|---|---|
| DATE | (BY) DEPUTY CLERK |

To:

  X    U.S. Attorney (Gregory J. Haanstad)          X    U.S. Marshal
                                                                                        Please produce defendant if in custody

  X    Defense Attorney (Christopher W. Rose)       X    Probation