# COURT MINUTES OF STATUS CONFERENCE

UNITED STATES of AMERICA,

    v.                          CASE NO. 06-CR-320

DAVID OLOFSON.

## HON. J. P. STADTMUELLER PRESIDING

| | |
|---|---|
| DATE: February 22, 2007 | TIME SCHEDULED: 8:30 a.m. |
| LAW CLERK: Greg Feldkamp | TIME CALLED: 8:37 a.m. |
| COURT REPORTER: John Schindhelm | TIME FINISHED: 8:40 a.m. |

INTERPRETER: N/A

GOVERNMENT BY: AUSA Gregory Haanstad

DEFENDANT BY: Attorney Christopher Rose

Notes:

8:37 a.m. Appearances
8:37 Court states that this is a continuation of status hearing to set a new trial date
8:37 Defense attorney states that counsel have agreed that they would be available to try the case on March 19-20, 2007
8:38 Court sets a final pretrial conference for Thur. March 15, 2007, at 1:30 p.m.; the final pretrial report is due as per a previously issued order
8:39 Government attorney stated that ATF tested the firearm on Tuesday, the testing was videotaped, and the videotape shows that the firearm fired more than 100 rounds continuously; neither defense counsel nor defendant was present during testing but they have received a videotape of the testing
8:40 Court stands in recess