UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

                                      Case No. 06-CR-320

        Plaintiff,

v.

DAVID R. OLOFSON,

        Defendant

_____

NOTICE OF MOTION AND MOTION TO ADJOURN TRIAL

_____

Please take notice that defendant, David R. Olofson, by Rose & Rose by Christopher W. Rose, his attorney will move this court for the relief requested in the annexed motion before the Honorable Judge J.P. Stadtmueller on the 15th day of March, 2007 at 1:30 p.m. or as soon thereafter as counsel can be heard.

Dated this 13th day of March, 2007.

                                      ROSE & ROSE
                                      Attorneys for Defendant

                                      By: <u>CHRISTOPHER W. ROSE</u>
                                            CHRISTOPHER W. ROSE
                                            State Bar No. 1032478

                                      5529-6th Avenue
                                      Kenosha,WI 53140
                                      262/658-8550 or 262/657-7556
                                      Fax No. 262/658-1313

## MOTION TO ADJOURN TRIAL

The defendant, David R. Olofson, by Rose & Rose by Christopher W. Rose, his attorney, moves this Court for an order to adjourn the trial in the above entitled matter due the recent employment of an expert witness in the defendant's case, Christopher Fox, who is certified as an AR-15/M16 Armorer with 300 hours of formal and informal training skills regarding the training and shooting of the AR-15. That Mr. Fox was recently found by Mr. Olofson and he has agreed to review the evidence in Mr. Olofson's case. Further, an expert is necessary to Mr. Olofson's defense.

Pursuant to the Affidavit of Mr. Olofson's attorney, Christopher W. Rose, Mr. Olofson's moves this Court for an adjournment of the trial to allow Mr. Fox to review the evidence, specifically the rifle in Mr. Olofson's case.

Dated this 13th day of March, 2007.

        ROSE & ROSE
        Attorneys for Defendant

        By <u>CHRISTOPHER W. ROSE</u>
           CHRISTOPHER W. ROSE
           State Bar No. 1032478

        5529-6th Avenue
        Kenosha, WI 53140
        262/658-8550 or 262/657-7556
        Fax No. 262/658-1313