# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                           Plaintiff,

          *vs*.                                      Case No. 06-CR-320 (CNC)

DAVID R. OLOFSON,

                           Defendant.

---

## NOTICE OF APPEARANCE AND
## CERTIFICATE OF INTEREST

        PLEASE TAKE NOTICE that DAVID R. OLOFSON is represented by:

        Brian P. Mullins
        Federal Defender Services of Wisconsin, Inc.
        517 East Wisconsin Avenue, Suite 182
        Milwaukee, Wisconsin 53202
        Telephone:  [414] 221-9900
        Facsimile:   [414] 221-9901

        Federal Defender Services of Wisconsin, Inc. is the only law firm expected to appear for the defendant in this Court. In addition to the undersigned, other lawyers in the firm may appear on the defendant's behalf.

Dated at Milwaukee, Wisconsin, March 22, 2007.

Respectfully submitted,

/s/   **Brian P. Mullins**

Brian P. Mullins, Bar #1026891
Counsel for Defendant
FEDERAL DEFENDER SERVICES
   OF WISCONSIN, INC.
517 E. Wisconsin Avenue, Suite 182
Milwaukee, Wisconsin 53202
[414] 221-9900     Telephone
[414] 221-9901     Facsimile
brian_mullins@fd.org

N:\Cases-Open\O-P\NOAA Olofson.wpd