# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

James A. Walrath
Nancy Joseph
William U. Burke
Brian P. Mullins
Calvin R. Malone
Thomas G. Wilmouth
Brian T. Fahl

517 East Wisconsin Avenue
Suite 182
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

March 22, 2007

Honorable William E. Callahan, Jr.
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, Wisconsin 53202

RE: *United States v. David R. Olofson*
    Case No. 06-CR-320

Dear Magistrate Judge Callahan:

On March 15, 2007, the Honorable J.P. Stadtmueller discharged Attorney Christopher W. Rose from representing Defendant David Olofson. Judge Stadtmueller recused himself and the case has been reassigned to the Honorable Charles N. Clevert. I have been appointed to represent Olofson in place of Attorney Rose.

The case has been referred to this Court to resolve Olofson's motion to suppress evidence. In light of the fact that defense counsel has not yet received the discovery, counsel asks the Court to allow counsel until April 12 to determine if the currently pending pretrial motion is meritorious, and to allow counsel to file additional pretrial motions if appropriate. Counsel does not believe additional time to file pretrial motions will interfere with Judge Clevert's calendar given that no trial date has been set.

Thank you for your attention to this matter.

Sincerely,


**/s/ Brian P. Mullins**
Brian P. Mullins
Counsel for David Olofson