# United States District Court
## EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

HON. **WILLIAM E. CALLAHAN, JR.**, presiding.   Deputy Clerk: Brenda

DATE: **March 23, 2007**   Court Reporter:

CASE NO. **06-CR-320**   Time Called: 3:54:54

UNITED STATES v. **DAVID OLOFSON**   Time Concluded: 4:06:41

PROCEEDING: **TELEPHONE CONFERENCE**

UNITED STATES by: **Gregory Haanstad**

    Probation Officer:

    Interpreter:

DEFENDANT: **not present**, in person, and by

ATTORNEY: **Brian Mullins**

---

Court gives background of case.

Defense counsel state that Mr. Rose is no longer on the case. Defense counsel request an opportunity to review the discovery in the case to determine if he will proceed with the motions previously filed by Mr. Rose or if additional motions need to be filed.

Court set following briefing schedule:

    April 12th    defense motions due

    April 23rd    govt's response due

    April 27th    defense reply due

Defense counsel will file letter with the Court indicating whether he will be filing additional motions or adopt motions previously filed by Mr. Rose.