# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

James A. Walrath
Nancy Joseph
William U. Burke
Brian P. Mullins
Calvin R. Malone
Thomas G. Wilmouth
Brian T. Fahl

517 East Wisconsin Avenue
Suite 182
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

May 2, 2007

Honorable William E. Callahan, Jr.
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, Wisconsin 53202

RE: *United States v. David R. Olofson*
Case No. 06-CR-320

Dear Magistrate Judge Callahan:

On November 20, 2006, this Court released the defendant on his own recognizance with the condition that he not leave the Eastern District of Wisconsin. Olofson asks the Court to modify the conditions of release to allow him to travel to Camp McCoy in the Western District of Wisconsin from May 3 until May 7, where he is scheduled to serve in a United States Army Reserve Unit.

Thank you for your consideration of this matter.

Sincerely,


**/s/     Brian P. Mullins**
         Brian P. Mullins

BPM/cm