

# United States District Court
EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

HON. **WILLIAM E. CALLAHAN, JR.**, presiding.

DATE: **May 3, 2007**

CASE NO. **06-CR-320**

UNITED STATES v. **DAVID OLOFSON**

PROCEEDING: **BOND HEARING**

Deputy Clerk: Brenda

Court Reporter:

Time Called: 4:19:11

Time Concluded: 4:29:18

UNITED STATES by: **Gregory Haanstad**

Probation Officer: Eileen

Interpreter:

DEFENDANT: **David Olofson**, ~~in person~~ by phone, and by

ATTORNEY: **Brian Mullins**

---

Court gives background of case
Deft is a member of U.S. Reserve - Army
Deft's stmts to court regarding his duty & training while at Camp McCoy from 5-3rd - 5-7th. Deft was supposed to report today at 7:00 this morning
Gout does not oppose request
Court grants deft's request to travel to W.D. of WI.
Evid Hrg set for: May 29th at 1:30 pm.