# United States District Court
## EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

| | |
|---|---|
| HON. **William E. Callahan**, presiding. | Deputy Clerk: Dee McLeod Brock |
| DATE: **5/29/07** | Court Reporter: Heidi Trapp |
| CASE NO. **06-CR-320** | Time Called: 1:40 |
| UNITED STATES v. **David Olofson** | Time Concluded: 2:40 |
| PROCEEDING: **Evidentiary Hearing** | |

UNITED STATES by: **Gregory Haanstad**

Probation Officer:

Interpreter:

DEFENDANT: **David Olofson**, in person, and by

ATTORNEY: **Brian Mullins**

---

| Time | Event |
|---|---|
| 1:40 | Court convenes. Court sequesters witnesses |
| 1:42 | Jodi Keeku to stand by plaintiff |
| 1:55 | Cross exam |
| 2:05 | Redirect |
| 2:06 | Recross   Exhibit #3 (deft's handwritten statement) offered & rec'd into evidence - government rests |
| 2:10 | Recess |
| 2:20 | Court resumes |
| 2:21 | Georgia Trochinski to stand by defendant |
| 2:25 | Cross exam |
| 2:26 | Redirect |
| 2:27 | Court asks questions |
| 2:30 | Redirect |
| 2:31 | Court asks questions |
| 2:32 | Redirect |
| 2:33 | David Olofson to stand by defendant |
| 2:35 | Court confers with counsel.  Simultaneous briefs to be submitted no later than 6/15/07 if a response is to be filed  parties are to seek leave of the court |
| 2:40 | Recess |