UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    Case No. 06-CR-320

DAVID R. OLOFSON,

    Defendant.

---

### ORDER GRANTING JOINT MOTION TO RESCHEDULE FINAL PRETRIAL AND JURY TRIAL AND TOLLING THE SPEEDY TRIAL DATE

The court having reviewed the April 24, 2007, Joint Motion to Adjourn Trial and Final Pretrial, the court finds it is in the interest of justice to adjourn the final pretrial and jury trial.

Now, therefore,

IT IS ORDERED that Joint Motion to Adjourn Trial and Final Pretrial is granted.

IT IS FURTHER ORDERED that the jury trial is rescheduled to **August 6, 2007,** at **8:30 a.m.**, in Courtroom 222, and the final pretrial is rescheduled for **July 24, 2007,** at **9:30 a.m.**

IT IS FURTHER ORDERED that the adjournment serves the ends of justice and outweighs the interest of the public and defendant in a speedy trial, in accordance with 18 U.S.C. § 3161(h)(8)(A). The speedy trial date is tolled.

Dated at Milwaukee, Wisconsin, this 30th day of May, 2007.

                                            BY THE COURT

                                            s/ C. N. CLEVERT, JR.
                                            C. N. CLEVERT, JR.
                                            U. S. DISTRICT JUDGE