# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

James A. Walrath
Nancy Joseph
William U. Burke
Brian P. Mullins
Calvin R. Malone
Thomas G. Wilmouth
Brian T. Fahl

517 East Wisconsin Avenue
Suite 182
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

June 11, 2007

Honorable Charles N. Clevert
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI 53202

Re:   *United States v. David Olofson*, Case No. 06-Cr-320

Dear Judge Clevert:

A jury trial is scheduled to commence in this case on August 6, 2007. Counsel for Defendant David Olofson asks the Court to adjourn the trial to September 10 or thereafter. The basis for this request is that counsel for Olofson is scheduled to be away from his office during the week of August 6. Counsel has reserved an airplane flight for that week and would be penalized if he needs to modify the reservation.

Counsel spoke with AUSA Gregory Haanstad regarding his request to adjourn the trial. AUSA Haanstad does not oppose the request, but said that he would not be available until the week of September 10. AUSA Haanstand and counsel for Olofson are available the weeks of September 10, 17 and 24.

Currently, a motion to suppress evidence is pending before Magistrate Judge Callahan, which is tolling the Speedy Trial Act. The parties are filing simultaneous briefs on June 15. Further, defense counsel spoke with Mr. Olofson regarding the possibility of moving the trial to September or later. Olofson does not object and is willing to waive his rights to speedy trial to the extent the Speedy Trial Act is implicated.

Thank you for your attention to this matter.

Sincerely,

s/Brian P. Mullins
Counsel for David Olofson