UNITED STATES OF AMERICA,

       Plaintiff,

  v.                                       Case No. 06-CR-320

DAVID R. OLOFSON,

       Defendant.

**ORDER GRANTING JOINT MOTION TO RESCHEDULE FINAL PRETRIAL AND JURY TRIAL AND TOLLING THE SPEEDY TRIAL DATE**

The court having reviewed the June 11, 2007, defendant's request to adjourn trial and final pretrial, the court finds it is in the interest of justice to adjourn the final pretrial and jury trial.

Now, therefore,

IT IS ORDERED that defendant's request to adjourn trial and final pretrial is granted.

IT IS FURTHER ORDERED that the jury trial is rescheduled to **September 17, 2007,** at **8:30 a.m.**, in Courtroom 222, and the final pretrial is rescheduled for **September 11, 2007,** at **9:00 a.m.**

IT IS FURTHER ORDERED that the adjournment serves the ends of justice and outweighs the interest of the public and defendant in a speedy trial, in accordance with 18 U.S.C. § 3161(h)(8)(A). The speedy trial date is tolled.

Dated at Milwaukee, Wisconsin, this 12th day of June, 2007.

                                                                     BY THE COURT

                                                                       s/ C. N. CLEVERT, JR.
                                                                       C. N. CLEVERT, JR.
                                                                       U. S. DISTRICT JUDGE