UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

*vs*.                                        Case No. 06-CR-320 (CNC)

DAVID R. OLOFSON,

        Defendant.

---

# NOTICE OF APPEARANCE AND CERTIFICATE OF INTEREST

PLEASE TAKE NOTICE that DAVID R. OLOFSON is represented by:

    Brian T. Fahl and
    Brian P. Mullins
    Federal Defender Services of Wisconsin, Inc.
    517 East Wisconsin Avenue, Suite 182
    Milwaukee, Wisconsin 53202
    Telephone: [414] 221-9900
    Facsimile: [414] 221-9901

Federal Defender Services of Wisconsin, Inc. is the only law firm expected to appear for the defendant in this Court. In addition to the undersigned, other lawyers in the firm may appear on the defendant's behalf.

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.

Dated at Milwaukee, Wisconsin, August 21, 2007.

Respectfully submitted,

**/s/ Brian T. Fahl**
Brian T. Fahl, Bar #1043244
Brian P. Mullins, Bar #1026891
Counsel for Defendant
FEDERAL DEFENDER SERVICES
    OF WISCONSIN, INC.
517 E. Wisconsin Avenue, Suite 182
Milwaukee, Wisconsin 53202
[414] 221-9900    Telephone
[414] 221-9901    Facsimile
brian_mullins@fd.org

N:\Cases-Open\O-P\Olofson, David - 07-203\Pre-Trial\NOAA Olofson BTF.wpd