Nancy Joseph
William U. Burke
Brian P. Mullins
Calvin R. Malone
Thomas G. Wilmouth
Brian T. Fahl

517 East Wisconsin Avenue
Suite 182
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

September 10, 2007

AUSA Gregory J. Haanstad
United States Attorney's Office
517 E. Wisconsin Avenue, Room 530
Milwaukee, Wisconsin 53202

RE: *United States v. David R. Olofson*
    Case No. 06-CR-320

Dear AUSA Haanstad:

Defendant David R. Olofson, by counsel, makes the following discovery requests in anticipation of the trial in this case, which is scheduled to commence before the Honorable Charles N. Clevert on September 17, 2007. Olofson asks that all requests be complied with no later than September 13.

1. Whether the government intends to introduce any evidence of other crimes, wrongs, or acts pursuant to FED. R. EVID. 404(b). If so, the nature of such evidence.

2. Pursuant to the government's obligations under *Brady v. United States*, 397 U.S. 742 (1970), and *Giglio v. United States*, 405 U.S. 150 (1972), please provide all exculpatory information related to Brian J. Malzhan, Cory L. Cihlar, and Robert J. Kiernicki.

3. Pursuant to FED. R. CRIM. P. 16(a)(1)(G), please provide a written summary of any testimony that the government intends to use under Fed. R. Evid. 702, 703 or 705 during its case-in-chief at trial.

4. Pursuant to FED. R. CRIM. P. 16(a)(1)(F), please allow defense counsel to inspect and copy or photograph the results or reports of any physical examinations or scientific tests or experiments, specifically but not limited to the procedures used by the United States Bureau of Alcohol, Tobacco and Firearms for determining whether the firearm allegedly transferred by Olofson was a "machine gun" as defined by federal law.

Thank you for your attention to these matters.

Sincerely,


**/s/ Brian P. Mullins**
Brian P. Mullins