# United States District Court
### EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

  v.                                                Case No: 06-CR-320

DAVID OLOFSON,

        Defendant.

## COURT MINUTES
## HONORABLE CHARLES N. CLEVERT, JR., PRESIDING

| | |
|---|---|
| Date: | September 11, 2007 |
| Proceeding: | Pretrial Conference |
| Deputy Clerk: | Kris Wilson |
| FTR Start Time: | 9:14:14 a.m. |
| FTR End Time: | 9:16:56 a.m. |
| Appearances: | Plaintiff: Assistant United States Attorney Gregory J. Haanstad<br>Defendant: David Olofson (not in custody) with Attorneys Brian Mullins and Brian Fahl |
| Disposition: | Pursuant to the statements of counsel that additional time is needed to prepare adequately for trial, and upon hearing the defendant waive his right to a speedy trial, the court is satisfied that the interests of justice warrant an adjournment of the jury trial scheduled to begin September 17, 2007. Accordingly, the final pretrial conference and jury trial are rescheduled to November 9, 2007, at 11:00 a.m., and November 19, 2007, at 8:30 a.m., respectively. Time under the Speedy Trial Act is tolled to November 19, 2007. |
| Notes: | Counsel will file defendant's written speedy trial waiver. |

N:\WPDOCS\MINUTES\06CR320PretrialConference.wpd