AUSA Gregory J. Haanstad
September 25, 2007
Page 2

11. *United States v. Staples*, N.D. Oklahoma (Judgment entered February 21, 1991), testimony of BATF agent McLaughlin, which should be available to you from ATF Chief Counsel's Office.