# United States District Court
## EASTERN DISTRICT OF WISCONSIN

United States of America,

    Plaintiff(s),

v.                                    CASE NO. 06-CR-320

David Olofson,

    Defendant(s).

## EXHIBITS RECEIVED BY CLERK OF COURT'S OFFICE

The undersigned hereby acknowledges receipt of trial exhibits entered as evidence in the above captioned case on behalf of:

☒    Plaintiff

☐    Defendant

An itemization of the exhibits submitted by the party(ies) indicated above, is attached to this document.

JON W. SANFILIPPO
Clerk of Court

Date: 1-9-07

By: E. [signature]
Deputy Clerk

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF __Plaintiff__

United States
v.
David Olofson

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 06-CR-320

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 1/7/08 | ✓ | ✓ | AR 15 SS# F7079 |
| ok 2 | | 1/7/08 | ✓ | ✓ | video test firing. Δ Ex 1 |
| 3 | | W/ | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| ok 9 | | 1/7/08 | ✓ | ✓ | manual AR15-to M16 Conversion book RDF doc ~~for A~~ ~~cvt~~ AR15 to M16 |
| ok 10 | | " | ✓ | ✓ | Doc Full Auto SKS Conversion |
| ok 11 | | " | ✓ | ✓ | 9/10/03 email re machine gun & sovereign ~~citizen~~ |
| ok 12 | | " | ✓ | ✓ | 6/28/05 & 7/6/05 email exchange re M16-parts |
| ok 13 | | " | ✓ | ✓ | Doc Request re purch machine guns |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages