# United States District Court

## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                    Case No: 06-CR-320

DAVID R. OLOFSON,

        Defendant.

---

## COURT MINUTES
## HONORABLE CHARLES N. CLEVERT, JR., PRESIDING

---

| | |
|---|---|
| Date: | January 8, 2008 (Day 2 of Jury Trial) |
| Type of Proceeding: | Jury Trial |

Time Commenced:

| | |
|---|---|
| 9:19:49 - 10:40:47 | Closing Arguments/Jury Instructions |
| 12:31:56 - 12:35:45 | Jury Question read |
| 1:27:00 - 2:14:25 | Playback of Kiernicki testimony |
| 2:54:09 - 2:59:30 | Verdict |

| | |
|---|---|
| Court Reporter: | John Schindhelm |

Appearances:

| | |
|---|---|
| Plaintiff: | AUSA Attorney Gregory J. Haanstad |
| Defendant: | Attorney Brian P. Mullins |
| | Attorney Brian T. Fahl |

Disposition: The jury returned a verdict of guilty. The PSR is due on April 1, 2008. Any objections to the PSR, motions or comments must be filed on or before April 15, 2008. Sentencing is scheduled for May 8, 2008, at 2:30 p.m. Defendant remains on bail subject to the same conditions. Defendant must appear and cooperate with probation in the preparation of the PSR.

Notes: Juror # 8 was excused as the alternate. Exhibit 1 was not sent into the jury room, and shall remain with the government until further notice. The jury requested a transcript of the Kiernicki testimony. The court played the testimony from FTR Gold.

O:\CRIMINAL CASES\2006 Criminal\06cr320minutes.wpd