UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

U.S. DIST. COURT EAST DIST. WISC
FILED

JAN - 8 2008

AT ⎯⎯⎯⎯ O'CLOCK ⎯⎯⎯⎯ M
JON W. SANFILIPPO, CLERK

UNITED STATES OF AMERICA,

       Plaintiff,

    v.                              Case No. 06-CR-320

DAVID R. OLOFSON,

       Defendant.

---

## VERDICT

---

We the jury, find the defendant, David R. Olofson, _GUILTY_
                                                  (guilty or not guilty)

of the offense charged in the Indictment in violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

Dated at Milwaukee, Wisconsin, this _8_ day of January, 2008.



FOREPERSON