# United States District Court
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                                     Case No: 06-CR-320

DAVID OLOFSON,

       Defendant.

## COURT MINUTES
## HONORABLE CHARLES N. CLEVERT, JR., PRESIDING

| | |
|---|---|
| Date: | January 3, 2008 |
| Proceeding: | Final Pretrial Conference |
| Deputy Clerk: | Kris Wilson |
| FTR Start Time: | 2:08:40 p.m. |
| FTR End Time: | 3:16:55 p.m. |
| Appearances: | Plaintiff: Assistant United States Attorney Gregory J. Haanstad<br>Defendant: David Olofson (not in custody) with Attorneys Brian Mullins and Brian Fahl |
| Disposition: | The parties are prepared to proceed to trial on 1/7/08 at 8:30 a.m. |
| Notes: | The court addresses defendant's motion to compel filed 12/28/07. [65]<br>65-1: Withdrawn<br>65-2: The government will confer with ATF<br>65-3: Withdrawn (as it does not constitute *Brady* material)<br>65-4: The government will confer with ATF<br>65-5: The government will confer with ATF<br>65-6: The government will confer with ATF<br>65-7: Withdrawn (non-discoverable under *Brady*)<br>65:8 Withdrawn (non-discoverable under *Brady*) |

The defendant contends that the firearm at issue was not a "machine gun" under the statutes, and if there were multiple firings it was the result of a malfunction.

Any Daubert examination of defense expert Len Savage will be held after the government's case-in-chief.

Discussion regarding jury instructions.

Definition of "machine gun" is at issue. The government proposes the language of 26 U.S.C. § 5845(b). The defendant will re-craft its proposal.

The court reserves judgment with regard to the defendant's request to include language from *Staples*- footnote 1.

The government objects to instructing the jury on "possession" as the defendant is charged with transference only. Defendant withdraws his request for a "possession" instruction.