UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                     Case No: 06-CR-320

DAVID OLOFSON,

    Defendant.

**COURT MINUTES**
**HONORABLE CHARLES N. CLEVERT, JR., PRESIDING**

| | |
|---|---|
| Date: | January 7, 2008 |
| Proceeding: | Jury Trial - Day 1 |
| Deputy Clerk: | Kris Wilson     Court Reporters: Sheryl Stawski / John Schindhelm |
| Start Time: | 9:04 a.m.     End Time: 11:51 a.m. <br> 12:45 p.m.     4:57 p.m. |
| Appearances: | Plaintiff: AUSA Attorney Gregory J. Haanstad with Agent Jody Keeku <br> Defendant: David Olofson with Attorneys Brian Fahl and Brian Mullins |
| Notes: | Preliminary matters. The government reports that ATF has one letter responsive to #4, but contends production is not compelled as it is not exculpatory. Defendant's Motion to Compel is denied. |

(9:35 - 10:57)     Voir Dire/Jury Selection
(11:22 - 11:50)    Opening Statements
                        Lunch Recess
(12:45 - 4:57)      Witness Testimony: Robert Kiernicki
                                        Jody Keeku
                                        Paul Harding
                                        Max Kingery
                                        Len Savage

Trial to resume tomorrow at 9:00 a.m.