# United States District Court
### EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA
        Plaintiff,

V.

**TERANCE TAYLOR**
        Defendant.

Case No. **07-CR-286**

---

    **PLEASE TAKE NOTICE** that the **BOND HEARING** which was scheduled on **January 24, 2008 at 9:30 a.m.** has been rescheduled:

    ☒    **at the request of Defense Counsel.**

    ☐    because of conflict on the court calendar.

    ☐    _____.

    The above **BOND HEARING** is **RESCHEDULED** for **January 24, 2008 at 1:30 p.m.** in Ctrm. No. **254** Federal Courthouse, 517 E. Wisconsin Ave., Milwaukee, WI, before Hon. **Aaron E. Goodstein.**

    **IF THE DEFENDANT IS FREE ON BOND, BOND WILL BE FORFEITED IF THE DEFENDANT FAILS TO APPEAR.**

Date: January 18, 2008

JON W. SANFILIPPO
Clerk of Court

BY: s/ Karen Fahrenkrug
Deputy Clerk
(414) 297-3298

Counsel
Susan Roth

Defendant
TERANCE TAYLOR
In Custody

    X    AUSA **Elizabeth Blackwood**

    X    U.S. Marshal

    X    Pretrial Services