# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

Daniel W. Stiller, Federal Defender
William U. Burke
Brian T. Fahl
Nancy Joseph
Calvin R. Malone
Brian P. Mullins
Thomas G. Wilmouth

517 E. Wisconsin Avenue
Suite 182
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

February 5, 2008

Honorable Charles N. Clevert
United States District Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202

RE:  *United States v. David R. Olofson*
     Case No. 06-CR-320

Dear Judge Clevert:

This letter serves as a request to allow Mr. Olofson to travel outside of the Eastern District of Wisconsin. Mr. Olofson needs to visit family residing in Fort Knox, Kentucky. Mr. Olofson's two nephews and a niece were sexually assaulted by a neighbor. Mr. Olofson requests that he be allowed to travel to Kentucky to attend to family matters from **February 14, 2008** until **February 25, 2008**. Mr. Olofson and his family will be residing with family members at the following address: 5310 Gardner Avenue, Apartment F, Fort Know, KY 10121.

Counsel for Mr. Olofson has conferred with AUSA Gregory Haanstad about this request, and Mr. Haanstad indicates that he has no objection to the travel request. Additionally, counsel has conferred with Mr. Olofson's supervising probation officer, Kristin E. Kiel, who has indicated to counsel that she has no objection to Mr. Olofson's travel request.

If you have any questions or concerns about this request, please do not hesitate to contact me.

**FEDERAL DEFENDER SERVICES
    OF WISCONSIN, INC.**

Honorable Charles N. Clevert
February 5, 2008
Page 2


Sincerely,


**/s/    Brian T. Fahl**
         Brian T. Fahl

c:    USPO Kristin E. Kiel




N:\Cases-Open\O-P\Olofson, David - 07-203\Post-Trial\020508 travel request ltr.wpd