UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

  v.                                    Case No. 06-CR-320

DAVID R. OLOFSON,

        Defendant.

---

ORDER GRANTING MOTION TO TRAVEL
OUTSIDE THE EASTERN DISTRICT OF WISCONSIN

Based upon the records and proceedings held in this matter,

IT IS ORDERED that the defendant's request to travel outside of the Eastern District of Wisconsin to Fort Knox, Kentucky, from February 14, 2008, until February 25, 2008, is **granted.**

Dated at Milwaukee, Wisconsin, this 7th day of February, 2008.

                                                        BY THE COURT

                                                        s/ C. N. CLEVERT, JR.
                                                        C. N. CLEVERT, JR.
                                                        U. S. DISTRICT JUDGE