# United States District Court

## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

       Plaintiff,

  v.                                        Case No. 06-CR-320

DAVID OLOFSON,

       Defendant.

---

## COURT MINUTES
## HONORABLE CHARLES N. CLEVERT PRESIDING

---

Date:                May 6, 2008

Type of Proceeding:      Status Conference

Time Commenced:      11:35:05           Time Concluded: 11:39:06

Law Clerk:        Joan M. Harms          Court Reporter:    FTR Gold

Appearances:      Plaintiff:    Assistant United States Attorney Gregory J. Haanstad

                        Defendant:  Attorney Brian Fahl

Disposition:        The sentencing is adjourned to May 13, 2008, at 2:30 p.m.

Notes:               Defendant filed two motions on May 1, 2008. In order to give the government time to respond and for the court to give due consideration to the issues raised, the sentencing will be adjourned.