Martin Horkan
940 Council St.
Baraboo Wis. 53913
5/6/08

The Honorable C.N. Clevert
U.S. District Judge
517 East Wisconsin Ave.
Milwaukee, WI 53202

Subject: Sentencing of Specialist David Olofson

Dear Judge Clevert,

Mr. Olofson has served his country for numerous years. He is an asset to the community and our country. I urge you to reconsider any penalties in sentencing and ask for leniency in this case.

I believe a great injustice has occurred as well as many other concerned Americans. Numerous large news agencies and publications have done reports on this case. Most people cannot understand how this could happen, especially to a veteran who is sworn to protect our country.

In the five years I have known Dave he has been a good friend and help to me and many others. I do not believe for one second that he would violate the law or commit the crime he is accused of. I know him to be an honest and trustworthy man, I trust his word and I would trust him with my life. He is not a violent person in the least, he has never displayed a hint of violence or disregard for the law.

I find it very disturbing that the full weight of the government or A.T.F. is being brought to bear on him, over a rifle apparently malfunctioning. This is scary for every gun owner and American. Also the fact that the individual in possession of the rifle was not charged but rather a witness for the prosecution is very disturbing. It is also very disturbing that my testimony and other evidence in this case have been suppressed, I feel justice has not been served.

His family has gone through this terrible ordeal as well as himself, I urge you to think of them also. They have suffered a great deal over this and I ask you to put yourself in their shoes. To separate him from his family would be another terrible injustice.

Sincerely, Martin Horkan

Michael Robert; Berg
General Delivery
Plattsburgh NY 12901
5-6-08


The Honorable C. N. Clevert
U.S. District Judge
517 East Wisconsin Avenue
Milwaukee, WI 53202


Subject: Specialist David Olofson


Dear Judge Clevert;

    Greetings, sir. I am writing to you today concerning an issue of great importance to me. That being the pending imprisonment of Spc. David Roland; Olofson. It is my understanding that Mr. Olofson has been convicted of "transferring a Machine Gun" in a court case where he was effectively prevented from placing any defense.

    I find it disturbing that this charge of "Transferring a Machine Gun" can be placed without the prerequisite charge of "possession", as one must be guilty of the latter in order to perform the former.

    I have Known Mr. Olofson for several years now, and find him to be an upstanding Citizen and an honest man. He goes out of his way to stay within the limits of the law, such as they are. Though he may be eccentric in his tastes at times, he is quite honest in all his dealings.

    He gives of himself to better those around him. In my own case, he has helped me to develop an understanding of the legal system and that of Law in general. He was also invaluable to me as counsel in a case where I was wrongfully accused of a crime I did not commit.

    From my understanding this whole case revolves around a single incident where a single firearm malfunctioned while not even within Mr. Olofsons sphere of influence. If this is a crime by definition, then you may as well order the arrest of 85% of the gun owners in the country. I myself had an AR-15 malfunction in exactly the same way. This is neither safe, nor fun. A replacement set of fire control parts (trigger, hammer, and disconnect) and the problem was solved. If this case should stand than I must be a felon.

    Quite frankly sir, this case is a travesty of justice, and allowing Mr. Olofson to go

to prison for this would be paramount to spanking a newborn baby for soiling itself. From my observations of this case, and I am watching with Great interest, the message from the ATF is clear. "We are after your guns, and we don't care what it takes."

This sends a message to the people that the government and legal system as it stands is now broken, and that no justice can be found in either entity. That indeed, "Justice shall not prevail". I sincerely hope that this is not allowed to happen.

Yours with great concern

_____

Michael Robert; Berg

Bonnie Gellerup-Herbst
W1479 E Springbrook Road
Green Lake, WI 54941
05-09-08

The Honorable C. N. Clevert
U.S. District Judge
517 East Wisconsin Avenue
Milwaukee, WI 53202

Subject: Sentencing of Mr. Olofson

Dear Judge Clevert:
I have lived in Berlin, WI, for most of my life. I am an office manager for a Chiropractic office. I met the Olofson's 3 years ago. Our sons were in the same kindergarten class. It was easy to make an instant friendship with this family. David jumped into being a co-den leader for Boy Scouts.

With David's help and knowledge we have turned our "Tiger Cubs" to Wolves and now have stared our 3rd year with our Bears. David has been nothing but reliable, dependable and has a vast knowledge to share with the boys. We have worked on earning a various amount of awards with the boys from Citizenship, Fishing, Astrology, Music, Chess, to currently Mapping and Compass. The boys have the utmost respect for David. He is patient, kind and practices the Golden Rule. I am very grateful he is giving his time to the Scouts. The boys have truly benefited from him being a Scout Leader.
We are all looking for another year of learning life's lessons with David!

Thank you for your time,

Sincerely,

Bonnie Gellerup-Herbst

Kelly Harris
140 S. Cecil St.
Bonduel, WI 54107
5-4-08

The Honorable C. N. Clevert
U.S. District Judge
517 East Wisconsin Avenue
Milwaukee, WI 53202

Subject: Sentencing of Specialist David Olofson

Dear Judge Clevert:

I lived until recently in Berlin, WI, for ten years and have known Dave Olofson for over six years. I am a truck driver with Homeland Security clearance to haul hazardous materials. I am therefore very careful of how I act and who I associate with; my career depends on it.

I have found Mr. Olofson to be an honest, peaceable and law abiding man. He loves his family and his country which he serves in the Army. Dave is willing to help other people at his own expense and sometimes to his own detriment. He's used his law enforcement background to help those unjustly accused. "No good deed goes unpunished", as the saying goes: I believe that's why he's in the trouble he's in right now.

Even though the jury heard only one side of the story, I found it hard to believe they convicted him of a crime. He's anything but the maniac the prosecution made him out to be. I've never known him to start trouble, never seen him violent, enraged or even raise his voice. The most exciting thing Dave does is fishing.

I'm writing to ask that you don't send him to prison. He's not a threat to anyone, but has been known to speak his mind. Prison would not only punish Dave (for what, a malfunction he had nothing to do with?) but his family, friends and community as well.

Thank you for your time, sincerely,
Kelly Harris

*[signature]*
5-4-08