| | |
|---|---|
| | **Message11652** |
| **Subject:** | Re: Re Still interested |
| **From:** | Tom ███ |
| **Date:** | 9/11/2003 6:46:00 AM |
| **To:** | Dave_Candy_Olofson@███ |
| **Message Body** | |

What part of Wisconsin are you located?

----- Original Message -----
From: David R. Olofson
To: 'Tom ███
Sent: Thursday, September 11, 2003 7:32 AM
Subject: RE: Re Still interested

One meal is provided to everyone free around 1200-200 on Saturday. If you make arrangements ahead of time there are plenty of us up here that can put you up so you won't need a hotel at 35 a night.

-----Original Message-----
From: Tom ███ [mailto:tom███]
Sent: Thursday, September 11, 2003 12:22 AM
To: Dave_Candy_Olofson@███
Subject: Re: Re Still interested


WHAT COSTS ARE INVOLVED OTHER THAN TRAVEL?

----- Original Message -----
From: David R. Olofson
To: 'Tom ███
Sent: Wednesday, September 10, 2003 9:36 PM
Subject: RE: Re Still interested

We try to give you some basics in person and answer some questions. Then there is the common law court for whatever is official. And speakers on several subject that go over findings of there research. Oh and case updates on the many cases we are bringing up through the courts to have things clarified.

-----Original Message-----
From: Tom ███ [mailto:tom███]
Sent: Wednesday, September 10, 2003 9:46 PM
To: Dave_Candy_Olofson@███
Subject: Re: Re Still interested


Do you start at the beginning for each newby or do we jump in to the middle.
Where in wisconsin are the meetings?

EXHIBIT B

----- Original Message -----
From: David R. Olofson
To: 'Tom ▓▓▓▓
Sent: Wednesday, September 10, 2003 8:22 PM
Subject: RE: Re Still interested

Bit of a drive but if your interested making a trip every 2-4 months would learn you a lot in short order. We meet once a month on every 3rd Saturday. All day event. Most that come from out of state come up Friday night and leave on Sunday.

-----Original Message-----
From: Tom ▓▓▓▓ [mailto:tom▓▓▓▓]
Sent: Wednesday, September 10, 2003 5:35 PM
To: Dave_Candy_Olofson@▓▓▓▓
Subject: Re: Re Still interested


I am in NE wyoming ▓▓▓▓

----- Original Message -----
From: David R. Olofson
To: 'Tom ▓▓▓▓
Sent: Wednesday, September 10, 2003 6:08 AM
Subject: RE: Re Still interested

MG's are just the small toys one can get. Remember as a Sovereign you are unhindered by the regulations that the federal citizens have to follow. There is a separate set of paperwork dealers must fill out to cover there butts on where the weapons and other items went. That is what a Sovereigns alien ID number dose for him. It's just a way of accounting for where it went. Yes you can build any weapon you like. To learn more, especially details on the paperwork you should learn more about Sovereignty first. After some basic knowledge we will walk you through everything the first time to help you get the hang of it. Finding real freedom for the first time is like a babies first steps. You haven't really done it before so you don't know what it's like. But we can change that. Then you can literally do most anything you want so long as it interferes with no others rights or person. Near WI by chance?

-----Original Message-----
From: Tom ▓▓▓▓ [mailto:tom▓▓▓▓]
Sent: Tuesday, September 09, 2003 9:57 PM
To: David R. Olofson
Subject: Re Still interested


How does the untaxed registering of a machinegun work. Can one still build auto weapons and how is the paperwork done.

**Outlook Header Information**

Conversation Topic: Re Still interested