c/o 197 East ███████
Berlin, Wisconsin state usA 54923

11-Mar-04
RE: RR

Jack Foote
Border Rescue/Ranch Rescue USA
███████
███████
Sierra Vista, AZ 85635

Dear Jack Foote,

Subject: Upcomeing operations

I am sending you my contact information along with a request for more details on upcoming operation activity in your AO. We have been following your problems with great interest and trepidation. We believe that by lending our support we can benefit your organization, the local landowners, and ourselves. You will find our multitude of cells very well equipped and trained. Most of us are ex military with a few from what are considered elite unites. If we could we would like to start a dialog with you to plan for our future. What we are looking for to start is a list of what isn't and is allowed. That may be unusual, but we have many things most individuals do not to include light armor and heavy weapons. I do not think the heavier stuff is needed for the relatively light tasks you conduct down there but it can be used if things were to get bad enough. Also we are looking to come down during a time of year when we can catch the most contraband coming across the boarder. Appropriate dates to accomplish that would be appreciated. We also need good Intel on the aria. Maps and photos, Arial if possible so we can further our planning. I look forward to hearing from you soon. I can be reached at the following email and cell number. Best times to reach me are after 2100 central time during the week or weekends while we train. (Every other weekend, sometimes more). I can also be found on some of the boards on the net like AWRM. I use my given call sign Bladerunner. I will send some supporting transcripts and documentation to you soon to let you know just how serious we are and what a few of our qualifications are. More to follow. Watch your six.

Cloverleaf762@███████

(920)570-███████

Best regards,
David Roland; Olofson
Enclosure (1)
D.R.O.

P.S. Say hello to Havoc 1969 for me next time you talk...

