# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

Daniel Stiller
Nancy Joseph
William U. Burke
Brian P. Mullins
Calvin R. Malone
Thomas G. Wilmouth
Brian T. Fahl

517 East Wisconsin Avenue
Suite 182
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

May 15, 2008

Honorable Charles N. Clevert
United States District
Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI 53202

Re:   *United States v. David Olofson*, Case No. 06-Cr-320

Dear Judge Clevert:

On November 20, 2006, the Honorable William E. Callahan released the defendant on his own recognizance with the condition that he not leave the Eastern District of Wisconsin. On May 13, 2008, this Court sentenced Olofson to 30 months imprisonment. However, the Court allowed Olofson to self surrender to the Federal Bureau of Prisons and he remains subject to the conditions of release established by Magistrate Judge Callahan.

Olofson asks the Court to modify the conditions of release to allow him to travel to Camp McCoy in the Western District of Wisconsin from May 17 to May 18, where he is scheduled to serve in a United States Army Reserve Unit. Defense counsel attempted to contact AUSA Gregory Haanstad regarding this request, but was unable to reach him.

Thank you for your consideration of this matter.

Sincerely,


s/Brian P. Mullins
Counsel for David Olofson