UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

       v.                               Case No. 06-CR-320

DAVID R. OLOFSON,

        Defendant.

ORDER
DENYING DEFENDANT'S MOTION FOR DISCOVERY (DOC. # 65), DENYING DEFENDANT'S MOTION FOR JUDGMENT OF ACQUITTAL (DOC. # 73), DENYING DEFENDANT'S MOTION TO COMPEL DISCLOSURE OF EVIDENCE (DOC. # 82) , DENYING DEFENDANT'S MOTION FOR A NEW TRIAL PURSUANT TO FED. R. CRIM. P. 33 (DOC. # 85), AND DENYING DEFENDANT'S MOTION FOR STAY PENDING APPEAL (DOC. # 85)

On Tuesday, May 13, 2008, this court convened for the purpose of ruling on all pending motions and for sentencing the defendant. Also, in the interest of completeness, the court ordered the government to produce the document which was the subject of defendant's motion to compel, conducted an in camera review, and directed that the document, Ex. 14, be sealed. The court found the document was not exculpatory and proceeded with sentencing.

For the reasons set forth on the record,

IT IS ORDERED that defendant's motion for discovery is denied.

IT IS FURTHER ORDERED that defendant's motion for judgment of acquittal is denied.

IT IS FURTHER ORDERED that defendant's motion to compel disclosure of

evidence is denied.

    IT IS FURTHER ORDERED that defendant's motion for a new trial is denied.

    IT IS FURTHER ORDERED that defendant's motion to stay his sentence pending appeal is denied.

    Dated at Milwaukee, Wisconsin, this 15th day of May, 2008.

              BY THE COURT

              s/ C. N. CLEVERT, JR.
              C. N. CLEVERT, JR.
              U. S. DISTRICT JUDGE