# United States District Court
## EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

  v.                                                      Case No: 06-CR-320

DAVID OLOFSON,

        Defendant.

---

### COURT MINUTES
### HONORABLE CHARLES N. CLEVERT, JR., PRESIDING

---

| | |
|---|---|
| Date: | May 13, 2008 |
| Proceeding: | Sentencing |
| Court Reporter: | John Schindhelm     Deputy Clerk: Kris Wilson |
| FTR Start Time: | 2:34:44 p.m.     FTR End Time: 3:26:00 p.m. |
| | 3:37:47 p.m.                            5:04:23 p.m. |
| Appearances: | Plaintiff:     AUSA Gregory J. Haanstad with Agent Jody Keeku |
| | Defendant:  David Olofson with Attys Brian Fahl and Brian Mullins |
| | USPO:      Cindy McHenry |
| Disposition: | The court denies all motions. See separate order. |
| | The defendant is sentenced to 30 months imprisonment and 2 years supervised release as to the one-count Indictment. The defendant is allowed to self-surrender as directed. See Judgment for additional information. |
| | The clerk is to file a notice of appeal on behalf of the defendant. |

O:\CRIMINAL CASES\2006 Criminal\06CR320SentencingMinutes.wpd

Case 2:06-cr-00320-CNC    Filed 05/13/08    Page 1 of 1    Document 95