UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

       Plaintiff,

       v.                                   Case No. 06-CR-320

DAVID R. OLOFSON,

       Defendant.

---

DECISION AND ORDER DENYING DEFENDANT'S LETTER REQUEST TO TRAVEL TO THE WESTERN DISTRICT OF WISCONSIN

The court has received defendant's motion to travel to the Western District of Wisconsin from May 17, 2008, to May 18, 2008, to serve in a United States Army Reserve Unit. In view of the defendant's judgment of conviction,

IT IS ORDERED that the motion to travel is denied.

Dated at Milwaukee, Wisconsin, this 16th day of May, 2008.

                                               BY THE COURT

                                               s/ C. N. CLEVERT, JR.
                                               C. N. CLEVERT, JR.
                                               U. S. DISTRICT JUDGE