# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

DAVID R. OLOFSON,

        Defendant.

**NOTICE OF APPEAL**
Case No. 06-CR-320

       Notice is hereby given that the defendant, David R. Olofson, appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on May 15, 2008.

       This notice has been prepared and filed by the Clerk of Court on behalf of the defendant pursuant to Rule 32(c)(5), Federal Rules of Criminal Procedure.

       Dated at Milwaukee, Wisconsin, on this 18th day of May, 2008.

                                     Jon W. Sanfilippo
                                      U.S. District Court Clerk

                                      By: /s/ Kristine Wilson Brah
                                          Deputy Clerk