# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

JON W. SANFILIPPO
CLERK

TEL: 414-297-3372
FAX: 414-297-3203
www.wied.uscourts.gov

May 22, 2008

Brian Mullins
Federal Defender Services of WI
517 E. Wisconsin Ave - Rm 182
Milwaukee, WI 53202

  Re: **US v David Olofson**
    **USDC Case No.: 06-CR-320**

Dear Mr. Mullins:

  The Notice of Appeal to the U.S. Court of Appeals for the Seventh Circuit was filed on 5/18/08. If a transcript is necessary, please refer to our website at http://wied.uscourts.gov and complete the 7th Circuit transcript information sheet. If you are a court appointed attorney, you will also need to fill out a CJA-24 voucher which is also available on our website. The appeal record will consist of documents pursuant to Circuit Rule 10. If you would like to designate any other documents that are not usually made part of the appeal record, please do so, in writing, within 10 calendar days from the date of filing of notice of appeal. Any designations made after the 10-day period or requests to enlarge the record must be made by filing a motion with the District Court judge. At the time the record is forwarded to the Court of Appeals, a copy of the transmittal letter with a copy of the docket sheet containing the index will be sent to you and opposing counsel electronically.

  Refer to the electronic docket sheet to assist you in your responsibility for ensuring that the record is complete before transmittal to the Court of Appeals. If a docketing statement, as required by Circuit Rule 3(c), was not filed with the notice of appeal, it should be filed directly with the Clerk of Court for the U.S. Court of Appeals for the Seventh Circuit. If you have any questions, please feel free to call.

        Very truly yours,
        JON W. SANFILIPPO
        Clerk of Court


        s/Dee McLeod Brock
        Dee McLeod Brock
        Deputy Clerk, Appeals

Enclosure
cc: Gregory Haanstad