U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

'08 MAY 22 A11 56

JON W. SANFILIPPO
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

Plaintiff,

*vs.*

Case No. 06-CR-320 (CNC)

DAVID R. OLOFSON,

Defendant.

---

## DEFENDANT'S DOCKETING STATEMENT AND DISCLOSURE STATEMENT

David R. Olofson, by counsel, now files this docketing statement pursuant to Cir. R. 3(c)(1), 28(a) (7th Cir.). The notice of appeal was entered by the Clerk of Courts for the Eastern District of Wisconsin on May 18, 2008. Mr. Olofson also includes here his Cir. R. 26.1 (7th Cir.) disclosure statement.

1.      The United States District Court had jurisdiction over this federal criminal case under 18 U.S.C. § 3231.

2.      The defendant-appellant is a natural person, and no party is a corporation.

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.

3.      This is a direct appeal from the sentence imposed by the district

court.  The United States Court of Appeals for the Seventh Circuit has jurisdiction

under 28 U.S.C. § 1291 and 18 U.S.C. § 3742(a).

4.      The sentence that Mr. Olofson appeals was imposed on

May 15, 2008.

5.      Mr. Olofson's motion for a new trial and motion for a judgment

of acquittal were denied on May 15, 2008 and do not toll the time within which to

appeal.

6.      The notice of appeal is filed with this docketing statement on

May 18, 2008.

7.      There have been no prior appellate proceedings in this case and

are no related appellate proceedings now.

8.      There was no prior litigation in the district court arising out of the

same transaction or designated by the district court as satisfying the criteria of

28 U.S.C. § 1915(g).

9.      Pursuant to CIR. R.  26.1 (7th Cir.), counsel notes that prior to

Mr. Olofson's representation by the law firm of Federal Defender Services of

Wisconsin, Inc. in the United States District Court for the Eastern District of

2

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.

Wisconsin, Mr. Olofson was represented by Christopher Rose of the law firm

Rose & Rose, 5529 6th Avenue, Kenosha, WI 53140.

Dated at Milwaukee, Wisconsin, May 22, 2008.

Respectfully submitted,

Brian T. Fahl, Bar #1043244
Brian P. Mullins, Bar #1026891
Counsel for David R. Olofson
FEDERAL DEFENDER SERVICES
    OF WISCONSIN, INC.
517 E. Wisconsin Avenue, Room 182
Milwaukee, WI 53202
Tel: 414-221-9900
Fax: 414-221-9901
brian_fahl@fd.org
brian_mullins@fd.org

N:\Cases-Open\O-P\Olofson, David - 07-203\Appeals\Docketing.wpd

FEDERAL DEFENDER SERVICES
    OF WISCONSIN, INC.