# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

May 1, 2009

BEFORE:  DANIEL A. MANION, Circuit Judge
MICHAEL S. KANNE, Circuit Judge
VIRGINIA M. KENDALL, District Court Judge

| No.: 08-2294 | UNITED STATES OF AMERICA, Plaintiff - Appellee  v.  DAVID OLOFSON, Defendant - Appellant |
|---|---|

**Originating Case Information:**

District Court No: 2:06-cr-00320-CNC-1
Eastern District of Wisconsin
District Judge Charles N. Clevert

The judgment of the District Court is **AFFIRMED** in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment** (form ID: **132**)