# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

JON W. SANFILIPPO
CLERK

TEL: 414-297-3372
FAX: 414-297-3203
www.wied.uscourts.gov

March 31, 2010

Brian P. Mullins
Federal Defender Services of Wisconsin
517 E Wisconsin Ave - Rm 182
Milwaukee, WI 53202

Gregory J Haanstad
United States Department of Justice
Office of the US Attorney
517 E Wisconsin Ave - Rm 530
Milwaukee, WI 53202

Re: **US v. David R Olofson**
**Case No. 06-CR-320**

Dear Counsel:

This letter constitutes notification of the release of exhibits currently held by our office for the case referenced above.

Parties wishing to claim trial exhibits currently held by the court should contact the Office of the Clerk of Court on or prior to **April 16, 2010**. Exhibits not removed by this date will be destroyed.

Very truly yours,
JON W. SANFILIPPO
Clerk of Court

By: \_\_\_\_\_s/Beverly D. Rehfeld\_\_\_\_\_
Deputy Clerk